UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>　　Plaintiff,<br><br>vs.<br><br>CAPTAIN F. VASQUEZ; *et al.*,<br><br>　　Defendants. | Case No. 1:10-cv-01830-RRB<br><br>**ORDER REGARDING**<br>**MOTION AT DOCKET 29** |

At **Docket 29** Plaintiff Michael Foster, a state prisoner appearing *pro se*, filed a Motion for a Stay in the Scheduling and Planning Order and Request for Prison to give Plaintiff his Legal Files Pursuant to this Matter. This Court notes that transfers of prisoners within the California prison system, with the attendant failure to concurrently transport a prisoner's legal papers, does occasionally interfere with the orderly and timely disposition of federal civil rights actions in this Court. In this case, however, the record reflects that Defendants provided Foster with their initial disclosures on March 21, 2014,[1] and there is no indication in the pending motion that Foster did not receive those disclosures. Foster has not shown any basis for his conclusory contention that he cannot proceed with discovery to uncover any undisclosed facts in the possession or control of Defendants that may be relevant to his claims.

---

[1]　Docket 28. The Proof of Service accompanying the Notice of Initial Disclosures indicates they were served by mail on Foster at Corcoran State Prison.

ORDER REGARDING MOTION AT DOCKET 29
*Foster v. Vasquez*, 1:10-cv-01830-RRB - 1

Therefore, upon due consideration, the motion at **Docket 29** is **GRANTED** in part and **DENIED** in part.

1. The Request to Stay the Scheduling and Planning Order is **DENIED**. The Court will, however, consider relief from any particular deadline(s) on a deadline-by-deadline basis for good cause shown.

2. The Request to for Prison Officials to give Plaintiff his Legal Files is **GRANTED**, in part. Counsel for the Defendants is requested to render such assistance as he/she may to effect the expeditious transfer of Foster's legal papers from the High Desert State Prison to his current location, the California State Prison, Cochran.

**IT IS SO ORDERED** this 22nd day of April, 2014.

/s/ Ralph R. Beistline
United States District Judge