UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPTAIN F. VASQUEZ; *et al.*,<br><br>    Defendants. | Case No. 1:10-cv-01830-RRB<br><br>**ORDER GRANTING**<br>**MOTION AT DOCKET 31** |

At **Docket 31** Defendants D. Goss, Stu Shertman, F. Vasquez, and Tommy Wan have moved to take Plaintiff's deposition by video conference. For good cause shown Defendants' Request to Take Plaintiff's Deposition by Videoconference at **Docket 31** is **GRANTED**.

Counsel for Defendants are responsible for coordinating the time and availability of facilities for the taking of the deposition by video conference with the appropriate officials at California State Prison-Corcoran, Corcoran, California.

**IT IS SO ORDERED** this 17th day of July, 2014.

S/RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE