UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>　　　Plaintiff,<br><br>vs.<br><br>CAPTAIN F. VASQUEZ; *et al.*,<br><br>　　　Defendants. | Case No. 1:10-cv-01830-RRB<br><br>**ORDER DENYING<br>MOTION AT DOCKET 42** |

At **Docket 42** Defendants have moved to modify the scheduling order. The motion is predicated upon the assumption that Plaintiff would be permitted to amend his complaint to add Warden Kathleen Allison as a defendant. The Court having denied Plaintiff's motion to add Warden Allison,[1] there is no necessity for amending the scheduling order *in toto*. The Court has, however, determined that the interests of justice would be served by extending the date for filing dispositive motions through and including **October 3, 2014.**

Accordingly, except as provided above, the Motion to Modify the Scheduling Order at **Docket 42** is **DENIED**, as moot.

**IT IS SO ORDERED** this 8th day of September, 2014.

　　　　　　　　　　　　　　　　　　　　/s/ RALPH R. BEISTLINE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1]　　　Docket 45.

ORDER DENYING MOTION AT DOCKET 42