UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FOSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CAPTAIN F. VASQUEZ; *et al.*,<br><br>    Defendants. | Case No. 1:10-cv-01830-RRB<br><br>**ORDER GRANTING<br>MOTION AT DOCKET 53** |

At **Docket 53** Defendants have moved to modify the Scheduling and Planning Order heretofore entered by the Court.[1] For good cause shown, the Motion to Modify the Scheduling Order at **Docket 53** is **GRANTED** as follows: The time within which to file dispositive motions is hereby extended through and including **November 3, 2014**.

**IT IS SO ORDERED** this 20th day of October, 2014.

                                                    /s/ RALPH R. BEISTLINE
                                                  UNITED STATES DISTRICT JUDGE

---

[1] Docket 25.