UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MICHAEL FOSTER, | |
|---|---|
| Plaintiff, | Case No. 1:10-cv-01830-RRB |
| vs. | **DISMISSAL ORDER** |
| CAPTAIN F. VASQUEZ; *et al.*, | |
| Defendants. | |

Pending before this Court are three motions.

At **Docket 56** Defendants D. Goss, Stu Sherman, F. Vasquez, and Tommy Wan have moved for an order allowing Defendants to file redacted documents.

At **Docket 58** Defendants D. Goss, Stu Sherman, F. Vasquez, and Tommy Wan have moved for summary judgment.

At **Docket 60** Plaintiff Michael Foster, appearing *pro se* and *in forma pauperis*, has moved to voluntarily dismiss the Complaint.  At **Docket 61** Defendants have stipulated to the dismissal.

This Court may dismiss an action upon the request of the plaintiff on such terms as it may consider proper. Therefore,

Defendants' Motion for an Order Allowing Defendants to File Redacted Documents at **Docket 56** is **GRANTED**.

Defendants' Motion for Summary Judgment at **Docket 58** is **DENIED**, as moot.

Plaintiff's Motion to Dismiss his Complaint on Own Motion at **Docket 60** is **GRANTED**.

Accordingly, the Complaint on file herein is **DISMISSED**, with prejudice.[1]

**IT IS SO ORDERED**.

Dated:  This 1st day of December, 2014

/s/ RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

---

[1]     Fed. R. Civ. P. 41(a).